Motion withdrawn.

The People of the State of New York, Respondent, *v.* Archie Munks, Appellant.

Submitted November 13, 1950; decided November 22, 1950.

*Miles F. McDonald, District Attorney* (*William I. Siegel* of counsel), for motion.

*Archie Munks,* in person, opposed.

Motion granted and appeal dismissed.